IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH BITAR,

      Appellant,

v.

STATE, DEPARTMENT OF
REVENUE, CHILD SUPPORT
ENFORCEMENT PROGRAM
AND MAYADA RAYESS,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4853

Opinion filed January 9, 2017.

An appeal from an order of the State of Florida, Department of Revenue, Child
Support Program.
Ann Coffin, Director.

Joseph Bitar, pro se, Appellant.

Sherry Anita Toothman, State of Florida, Department of Revenue, Tallahassee, for
Appellee.

PER CURIAM.

      DISMISSED.

ROBERTS, C.J., WOLF and B.L. THOMAS, JJ., CONCUR.